# EXHIBIT
# **1**

# Delaware

Page 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF LIMITED PARTNERSHIP OF "FGHP CAPITAL LIMITED PARTNERSHIP", FILED IN THIS OFFICE ON THE TWENTY-SECOND DAY OF SEPTEMBER, A.D. 1992, AT 10:02 O`CLOCK A.M.



Jeffrey W. Bullock, Secretary of State

2310203  8100
SR# 20177573273

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203759106
Date: 12-14-17



EXHIBIT
E

FELSHER-006697

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 10:02 AM 09/22/1992
752266052 - 2310203

## CERTIFICATE OF LIMITED PARTNERSHIP

### OF

### FGHP CAPITAL LIMITED PARTNERSHIP

The undersigned, for the purpose of forming a limited partnership under the laws of the State of Delaware, does hereby certify:

(1)   The name of the limited partnership is FGHP CAPITAL LIMITED PARTNERSHIP.

(2)   The address of the registered office of the limited partnership is 32 Loockerman Square, Suite L-100, Dover, Delaware, County of Kent.   The name of the limited partnership's registered agent is The Prentice-Hall Corporation System, Inc. and its address is 32 Loockerman Square, Suite L-100, Dover, Delaware, County of Kent 19901.

(3)   The name and mailing address of the General Partner of the limited partnership is:

> Garmont Capital Inc.
> c/o FGH Investments
> 645 Fifth Avenue
> New York, New York 10022

Dated: September 21, 1992

GENERAL PARTNER

GARMONT CAPITAL INC.

BY: _____
     Gary Felsher, President

C/M: 01267.029 77610.1 09/21/92 3:47pm

FELSHER-006698