UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-80071-BER

GARY FELSHER,

Plaintiff,

v.

W. MONSEES STUBBS, JR.,

Defendant.

_____/

**ORDER ON MOTIONS FOR SUMMARY JUDGMENT [ECF Nos. 57, 58]**

On March 2, 2026, I held a hearing for Mr. Felsher's and Mr. Stubbs' cross Motions for Summary Judgment filed on December 17, 2025. ECF Nos. 57, 58. Upon full review of the record, Mr. Felsher's and Mr. Stubbs' Motions for Summary Judgment are DENIED.

The Court will conduct a non-jury trial beginning on April 6, 2026, with a pretrial conference on March 20, 2026. ECF No. 53. By **5:00 p.m.**, Eastern time, on **March 20, 2026**, the parties are ordered to file a Joint Statement of Undisputed Facts. All forthcoming deadlines will remain in effect. ECF No. 63.

With regard to deposition designations, the parties are reminded that deposition testimony is admissible in a party's case-in-chief only if the deponent is unavailable to testify in person, s*ee* Fed. R. Evid. 804(b)(1) and Fed. R. Civ. P. 32(a)(4),

or if it is a statement of party opponent or that party's agent. Fed. R. Evid. 801(d)(2) and Fed. R. Civ. P. 32(a)(2). A party is not required to make a pretrial disclosure of deposition testimony that will be used solely for impeachment. Fed. R. Civ. P. 26(a)(3)(A). The parties are warned that if they require the Court to resolve contested deposition designations but then do not offer that deposition testimony at trial, the Court will impose sanctions for needlessly expending the Court's time.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 4th day of March 2026.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

2