**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-cv-80071-REINHART**

GARY FELSHER,

     Plaintiff,

v.

W. MONSEES STUBBS, JR.,

     Defendant.

                                /

## PLAINTIFF'S OBJECTIONS TO DEFENDANT'S DEPOSITION DESIGNATIONS

Plaintiff, GARY FELSHER ("Plaintiff" or "Mr. Felsher"), files his objections to Defendant, W. MONSEES STUBBS, JR.'S ("Defendant" or "Mr. Stubbs"), Deposition Designations dated February 19, 2026, in accordance with this Court's Order Granting Joint Motion for Extension of Certain Pretrial Deadlines dated January 16, 2026. [DE 63].

### Deposition of Jay Benowitz taken October 15, 2025

| Page(s) | Line(s) | Objection(s) |
|---------|---------|--------------|
| 5 | 10-11; 21-24 | None. |
| 17 | 11-25 | None. |
| 18 | 1-25 | None. |
| 19 | 1-25 | None. |
| 20 | 1-17 | None. |
| 21 | 6-25 | Relevance. |
| 22 | 1-15; 20-25 | Relevance. |
| 23 | 1-6 | Relevance. |
| 25 | 18-20 | Relevance. |
| 26 | 1-18; 25 | Relevance. |
| 27 | 1-16 | None. |
| 28 | 9-14; 22-25 | Relevance. |
| 29 | 1-25 | None. |
| 30 | 1-10; 19-25 | None. |
| 31 | 1-25 | None. |
| 32 | 1-25 | None. |
| 33 | 1-25 | None. |
| 34 | 1-7; 19-21; 25 | Relevance. |
| 35 | 1-9 | Relevance. |
| 36 | 4-10; 24-25 | Relevance. |

1

| Page(s) | Line(s) | Objection(s) |
|---|---|---|
| 37 | 1-2 | Relevance. |
| 38 | 21-25 | Completeness; Relevance. |
| 39 | 1-25 | Relevance. |
| 40 | 14-25 | None. |
| 41 | 1-21; 25 | None. |
| 42 | 1-25 | Relevance. |
| 43 | 1-16; 23-25 | Relevance. |
| 44 | 1-9 | Relevance. |
| 48 | 1-14 | Completeness (missing 47:25); Relevance. |
| 49 | 10-25 | None. |
| 50 | 1-25 | None. |
| 51 | 1-18 | None. |
| 52 | 20-25 | None. |
| 53 | 1-4 | None. |
| 65 | 18-25 | Relevance. |
| 66 | 1-25 | Relevance. |
| 67 | 1-9; 14-25 | Relevance. |
| 68 | 1; 4-7; 18-23 | Relevance. |
| 69 | 3-13 | Relevance. |
| 70 | 14-19 | Relevance. |
| 79 | 17-25 | Relevance. |
| 80 | 1-12; 18-25 | Relevance. |
| 82 | 23-25 | None. |
| 83 | 1-25 | The Exhibit speaks for itself; Relevance. |
| 84 | 1-11; 21-25 | The Exhibit speaks for itself; Relevance. |
| 85 | 1-25 | Relevance. |
| 86 | 1-25 | Relevance. |
| 87 | 1-12; 23-25 | Relevance. |
| 88 | 1-25 | Relevance. |
| 89 | 1-3; 7-25 | Relevance. |
| 90 | 1-25 | None. |
| 91 | 3-25 | Relevance. |
| 92 | 18-23 | None. |
| 93 | 15-18; 22-25 | None. |
| 94 | 1-25 | The Exhibit speaks for itself. |
| 95 | 1-25 | The Exhibit speaks for itself |
| 96 | 1-22 | Relevance. |
| 97 | 7-17 | Relevance. |
| 100 | 21-25 | None. |
| 101 | 1-25 | The Exhibit speaks for itself; Relevance. |
| 102 | 1-25 | The Exhibit speaks for itself. |
| 103 | 1-25 | The Exhibit speaks for itself. |
| 104 | 1-24 | None. |
| 107 | 15-25 | The Exhibit speaks for itself; Relevance. |

| Page(s) | Line(s) | Objection(s) |
|---|---|---|
| 108 | 1-19 | The Exhibit speaks for itself; Relevance; Speculation. |
| 114 | 2-25 | The Exhibit speaks for itself; Relevance. |
| 115 | 1-25 | The Exhibit speaks for itself; Relevance. |
| 116 | 1-25 | The Exhibit speaks for itself; Relevance; Speculation. |
| 117 | 1-11; 20-25 | None. |
| 118 | 1-25 | None. |
| 119 | 1-18 | None. |
| 120 | 9-25 | None. |
| 121 | 1-10 | None. |

**Deposition of Gary Felsher taken October 14, 2025**

| Page(s) | Line(s) | Objection(s) |
|---|---|---|
| 6 | 7-8; 11-13 | Relevance; Completeness; Lack of Foundation |
| 34 | 24-25 | None. |
| 35 | 1-25 | Speculation. |
| 36 | 1-25 | None. |
| 37 | 1-25 | None. |
| 38 | 1 | None. |
| 39 | 2-25 | Relevance. |
| 40 | 1-6; 22-25 | None. |
| 41 | 1-13; 25 | Speculation. |
| 42 | 1-8 | Speculation. |
| 43 | 12-25 | The Exhibit speaks for itself; Relevance. |
| 44 | 1-25 | The Exhibit speaks for itself; Relevance. |
| 45 | 1-25 | The Exhibit speaks for itself; Relevance. |
| 46 | 1-25 | The Exhibit speaks for itself; Relevance. |
| 47 | 1-25 | The Exhibit speaks for itself; Relevance. |
| 48 | 1-25 | The Exhibit speaks for itself; Relevance. |
| 49 | 1-25 | The Exhibit speaks for itself; Relevance. |
| 50 | 1-25 | The Exhibit speaks for itself; Relevance. |
| 51 | 1-25 | The Exhibit speaks for itself. |
| 52 | 1-25 | The Exhibit speaks for itself. |
| 53 | 1-10 | The Exhibit speaks for itself. |
| 62 | 9-25 | Completeness (missing 62:8). |
| 63 | 1-20 | None. |
| 65 | 16-25 | None. |
| 66 | 1; 8-25 | The Exhibit speaks for itself. |
| 67 | 1-25 | The Exhibit speaks for itself; Relevance. |
| 68 | 1-25 | The Exhibit speaks for itself; Relevance. |
| 69 | 1-4; 11-25 | Relevance. |
| 70 | 1-25 | Relevance. |
| 71 | 1-25 | The Exhibit speaks for itself; Relevance; Hearsay. |
| 72 | 1-7; 13-24 | The Exhibit speaks for itself; Relevance; Hearsay; Calls for Legal Conclusion. |
| 78 | 13-25 | Relevance. |
| 79 | 1-11 | Relevance. |
| 81 | 10-25 | None. |
| 82 | 1-25 | The Exhibit speaks for itself; Speculation. |
| 83 | 1-25 | None. |

| Page(s) | Line(s) | Objection(s) |
|---|---|---|
| 84 | 1-17 | None. |
| 85 | 4-25 | None. |
| 86 | 1-25 | Argumentative. |
| 87 | 1-25 | Speculation; Relevance. |
| 88 | 1-25 | None. |
| 89 | 1-24 | None. |
| 91 | 18-25 | Relevance. |
| 92 | 1-25 | None. |
| 93 | 1-5 | None. |
| 99 | 21-25 | Calls for Legal Conclusion; Relevance; Argumentative. |
| 100 | 1-25 | Calls for Legal Conclusion; Relevance; Argumentative. |
| 101 | 1-25 | Calls for Legal Conclusion; the Exhibit speaks for itself. |
| 102 | 1-25 | Calls for Legal Conclusion; the Exhibit speaks for itself; Hearsay; Completeness; Confusing. |
| 103 | 1-13; 21-25 | Relevance. |
| 104 | 10-25 | None. |
| 105 | 1-14 | Relevance. |
| 107 | 1-23 | Speculation. |
| 108 | 12-21 | None. |
| 109 | 2-8; 13-23 | Relevance. |
| 111 | 18-25 | Relevance. |
| 112 | 1-25 | Relevance. |
| 113 | 1-21 | Calls for Legal Conclusion; Confusing. |
| 114 | 2-24 | Confusing. |
| 115 | 11-22 | None. |
| 116 | 7-10 | None. |
| 118 | 9-10; 13-25 | None. |
| 119 | 1-12 | Completeness (missing 119:13-16). |
| 121 | 15-20 | The Exhibit speaks for itself. |
| 122 | 4-19 | Mischaracterizes prior testimony; Relevance. |
| 123 | 5-14 | Confusing. |
| 125 | 25 | Relevance. |
| 126 | 1-18 | Hearsay; |
| 127 | 6-25 | Relevance; the Exhibit speaks for itself. |
| 128 | 1-25 | Relevance; the Exhibit speaks for itself. |
| 129 | 1-2; 22-25 | Relevance; the Exhibit speaks for itself. |
| 130 | 1-25 | Relevance; the Exhibit speaks for itself; Lack of Foundation. |
| 131 | 3-8; 12-17; 22-25 | Relevance; the Exhibit speaks for itself; Lack of Foundation. |
| 132 | 1-25 | None. |
| 133 | 1-25 | Relevance. |
| 134 | 12-16; 20-25 | Mischaracterizes prior testimony. |
| 135 | 1-25 | Confusing. |
| 136 | 1-2; 11-15 | Confusing. |
| 137 | 16-18 | None. |
| 141 | 14-25 | Calls for Legal Conclusion. |
| 142 | 1-19 | Calls for Legal Conclusion. |
| 146 | 4-25 | Form; Lack of Foundation; Relevance |
| 147 | 1-25 | None. |
| 148 | 1-2; 24-25 | None. |

4

| Page(s) | Line(s) | Objection(s) |
|---|---|---|
| 149 | 1-25 | The Exhibit speaks for itself. |
| 150 | 1-3 | None. |
| 151 | 14-25 | The Exhibit Speaks for Itself; Calls for Legal Conclusion. |
| 152 | 1-11 | The Exhibit Speaks for Itself. |
| 153 | 1-12 | The Exhibit Speaks for Itself; Relevance. |
| 154 | 10-14 | Relevance; Completeness. |
| 156 | 8-21 | The Exhibit Speaks for Itself. |
| 157 | 3-25 | The Exhibit Speaks for Itself; Calls for Legal Conclusion. |
| 158 | 1-2; 8-25 | The Exhibit Speaks for Itself. |
| 159 | 2 | The Exhibit Speaks for Itself |
| 166 | 23-25 | The Exhibit Speaks for Itself. |
| 167 | 1-9 | The Exhibit Speaks for Itself; Calls for Legal Conclusion. |
| 174 | 8-25 | None. |
| 175 | 1-25 | None. |
| 176 | 1-23 | None. |
| 177 | 3-25 | Calls for Speculation; Calls for Legal Conclusion. |
| 178 | 1-24 | Confusing; Relevance. |
| 179 | 6-7; 12-14 | Confusing; Relevance. |

Dated:  March 16, 2026

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**

777 South Flagler Drive., Suite 300
East West Palm Beach, FL 33401
Telephone: (561) 650-7900
Facsimile:  (561) 655-6222

By:   */s/ Robert R. Kane III*
    **ROBERT R. KANE III, ESQ.**
    Florida Bar No. 99488
    Robert.Kane@gtlaw.com
    whitfieldd@gtlaw.com
    **MARK F. BIDEAU, ESQ.**
    Florida Bar No. 564044
    bideaum@gtlaw.com
    whitfieldd@gtlaw.com
    WPBLitDock@gtlaw.com
    **COREY A. GROSS, ESQ.**
    Florida Bar No. 1032362
    Corey.Gross@gtlaw.com
    sandra.famadas@gtlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2026, I electronically filed the foregoing document using the ECF/CM e-filing portal, which will send notification of filing to all counsel of record.

By:   */s/ Robert R. Kane III*
ROBERT R. KANE III, ESQ.