**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-cv-80071-REINHART**

GARY FELSHER,

     Plaintiff,

v.

W. MONSEES STUBBS, JR.,

     Defendant.

_____/

## PLAINTIFF'S COUNTER DEPOSITION DESIGNATIONS

Plaintiff, GARY FELSHER ("Plaintiff" or "Mr. Felsher"), by and through undersigned counsel and in accordance with the Court's Order Granting Joint Motion for Extension of Certain Pretrial Deadlines dated January 16, 2026 [DE 63], hereby files his Counter Deposition Designations in response to Defendant, W. MONSEES STUBBS, JR.'S ("Defendant" or "Mr. Stubbs"), Deposition Designations dated February 19, 2026, as follows:

## COUNTER DEPOSITION DESIGNATIONS

**Deposition of Mr. Felsher taken on October 14, 2025**

| No. | Page & Line | Objection(s) |
|-----|-------------|--------------|
| 1 | 35:14-22 | |
| 2 | 37:12-18 | |
| 3 | 42:9-25 | |
| 4 | 50:18-20 | |
| 5 | 64:9-11 | |
| 6 | 83:25-84:3 | |
| 7 | 84:4-12 | |
| 8 | 122:4-12 | |
| 9 | 124:16-21 | |
| 10 | 125:6-20 | |
| 11 | 143:23-144:4 | |
| 12 | 161:5-164:4 | |
| 13 | 174:15-176:1 | |
| 14 | 178:16-19 | |

1

**Deposition of Jay Benowitz taken on October 15, 2025**

| No. | Page & Line | Objection(s) |
|---|---|---|
| 1 | 29:1-30:10 | |
| 2 | 30:19-32:13 | |
| 3 | 34:22-24 | |
| 4 | 40:14-41:14 | |
| 5 | 46:13-25 | |
| 6 | 47:1-4 | |
| 7 | 47:9-17 | |
| 8 | 49:24-50:1 | |
| 9 | 50:2-17 | |
| 10 | 54:6-22 | |
| 11 | 55:8-11 | |

**Deposition of Mr. Stubbs taken on September 17, 2025**

| No. | Page & Line | Objection(s) |
|---|---|---|
| 1 | 90:12-19 | |
| 2 | 93:25-94:2 | |
| 3 | 94:3-7 | |
| 4 | 107:15-22 | |
| 5 | 120:2-13 | |
| 6 | 122:11-14 | |
| 7 | 123:22-24 | |
| 8 | 129:21-25 | |
| 9 | 132:22-133:5 | |
| 10 | 134:9-135:15 | |
| 11 | 135:23-136:2 | |
| 12 | 136:3-6 | |
| 13 | 142:10-13 | |
| 14 | 143:6-11 | |
| 15 | 162:21-163:3 | |
| 16 | 164:9-15 | |
| 17 | 167:24-168:7 | |
| 18 | 171:15-25 | |
| 19 | 172:4-12 | |
| 20 | 172:13-17 | |
| 21 | 173:23-174:4 | |
| 22 | 174:14-17 | |
| 23 | 175:16-24 | |
| 24 | 176:21-177:6 | |
| 25 | 179:21-25 | |
| 26 | 180:9-181:4 | |
| 27 | 211:5-12 | |

Mr. Felsher hereby reserves the right to withdraw and/or amend any of his designations based upon any rulings from the Court regarding admissibility of evidence.

Dated:  March 16, 2026

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**

777 South Flagler Drive, Suite 300
East West Palm Beach, FL 33401
Telephone: (561) 650-7900
Facsimile:  (561) 655-6222

By:  */s/ Robert R. Kane III*
    **ROBERT R. KANE III, ESQ.**
    Florida Bar No. 99488
    Robert.Kane@gtlaw.com
    whitfieldd@gtlaw.com
    **MARK F. BIDEAU, ESQ.**
    Florida Bar No. 564044
    bideaum@gtlaw.com
    whitfieldd@gtlaw.com
    WPBLitDock@gtlaw.com
    **COREY A. GROSS, ESQ.**
    Florida Bar No. 1032362
    Corey.Gross@gtlaw.com
    sandra.famadas@gtlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2026, I electronically filed the foregoing document using the ECF/CM e-filing portal, which will send notification of filing to all counsel of record.

By:  */s/ Robert R. Kane III*
    ROBERT R. KANE III, ESQ.